[No. 17940-1-III.   Division Three.   January 27, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. RAMON LEE
DOWNARD, *Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 98-1-00382-1, Richard J. Schroeder,
J., entered September 29, 1998. *Affirmed* by unpublished

opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.